NIESHA HAYNES, Appellant, v KALEIDA HEALTH et al., Respondents.

Submitted July 29, 2013; decided October 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

HERBERT KOLBE et al., Appellants, v CHRISTINE J. TIBBETTS, as Superintendent of Schools of Newfane Central School District, et al., Respondents.

Submitted October 7, 2013; decided October 10, 2013

Motion by New York State Public Employees Federation, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

EDWARD P. MANGANO et al., Appellants, v SHELDON SILVER et al., Defendants, and STATE OF NEW YORK et al., Respondents.

Decided October 10, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.